*PREVIOUSLY FILED WITH THE CSO*
*AND CLEARED FOR PUBLIC FILING*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAJID ABDULLA AL JOUDI, *et al.*, | Civil Action No. 05-0301 (GK) |
| Petitioners/Plaintiffs, | |
| v. | |
| GEORGE W. BUSH, *et al.*, | |
| Respondents/Defendants. | |

| | |
|---|---|
| JARALLAH AL-MARRI, *et al.*, | Civil Action No. 04-CV-2035 (GK) |
| Petitioners/Plaintiffs, | |
| v. | |
| GEORGE W. BUSH, *et al.*, | |
| Respondents/Defendants. | |

| | |
|---|---|
| MUHAMMAD AL-ADAHI, *et al.*, | Civil Action No. 05-CV-280 (GK) |
| Petitioners/Plaintiffs, | |
| v. | |
| GEORGE W. BUSH, *et al.*, | |
| Respondents/Defendants. | |

| | |
|---|---|
| HAMID AL RAZAK, *et al.*, | Civil Action No. 05-CV-1601 (GK) |
| Petitioners/Plaintiffs, | |
| v. | |
| GEORGE W. BUSH, *et al.*, | |
| Respondents/Defendants. | |

1

*PREVIOUSLY FILED WITH THE CSO*
*AND CLEARED FOR PUBLIC FILING*

## PROPOSED ORDER

Upon consideration of Petitioners' Motion to Compel Information Related to Medical Treatment, it is hereby

**ORDERED** that Petitioners' motion is hereby GRANTED; and it is

**FURTHER ORDERED** that Respondents shall provide:

1. Immediate telephonic access between counsel and clients;

2. Telephonic access between counsel, Next Friends, family members and clients;

3. Access by counsel to records indicating Petitioners' medical treatment, meal schedules, punishment and hospitalization; and

4. Immediate access to Guantánamo by representative counsel, where needed, to visit with and to ensure that they are receiving adequate medical treatment;

5. Copies of Respondents' policies and actions taken with respect to the current and previous hunger strikes by detainees at Guantánamo.

**IT IS SO ORDERED.**

DATED:                                    _____
                                          Hon. Ricardo M. Urbina, U.S.D.J.