**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

---

|  |  |  |
|---|---|---|
| **SALIM MOHAMMED ADAM BIN AMIR,** | ) ) ) ) | |
| **BISHER AL-RAWI,** | ) ) | **Civil Action No. 1:05CV01724 (RMU)** |
| *Petitioners,* | ) ) | |
| *v.* | ) ) | |
| **GEORGE W. BUSH,** *et al.,* | ) ) | |
| *Respondents.* | ) ) | |

---

**MOTION FOR THE IMMEDIATE
ISSUANCE OF A WRIT OF *HABEAS CORPUS* PURSUANT TO 28 U.S.C. § 2243
OR, ALTERNATIVELY, TO ISSUE AN ORDER TO SHOW CAUSE**

Petitioner Salim Mohammed Adam Bin Amir ("Petitioner Bin Amir"), together with his Next Friend Bisher Al-Rawi as co-Petitioner, by and through undersigned counsel, respectfully submit this motion requesting the Court, pursuant to 28 U.S.C. § 2243, to issue forthwith (1) a writ of *habeas corpus*, compelling Respondents to either (a) release Petitioner Bin Amir or (b) to establish in this Court a lawful basis for Petitioner Bin Amir's detention; or alternatively, (2) an order directing Respondents to show cause why a writ of *habeas corpus* should not be granted. The writ, or order to show cause, pursuant to 28 U.S.C. § 2243, shall be returned within three days unless for good cause additional time, not exceeding twenty days, is allowed. The grounds for this motion are contained in the accompanying memorandum of law.

Dated:  September 23, 2005.

Respectfully submitted,

Counsel for Petitioner Bin Amir:

/s/ John B. Missing
John B. Missing (Bar No. 425469)
Jennifer C. Argabright (Bar No. 480763)
DEBEVOISE & PLIMPTON LLP
555 13th Street, N.W.
Washington, D.C. 20004-1169
Tel:  (202) 383 8000
Fax:  (202) 383 8118


Jeffrey I. Lang
Jennifer R. Cowan
Ellen A. Hochberg
Tatia L. Miller
Cameron L. Schroeder
Hadassa Waxman
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Tel:  (212) 909-6000
Fax:  (212) 909-6386


*Of Counsel*
Barbara Olshansky
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499

2