## **CERTIFICATE OF SERVICE**

I, John B. Missing, certify that I today caused a true and accurate copy of Petitioners Motion for the Immediate Issuance of a Writ of *Habeas Corpus* Pursuant to 22 U.S.C. § 2243 or, Alternatively, to Issue an Order to Show Cause with Memorandum of Law and Exhibits in Support of the Motion to be served upon the following persons, by first-class United States mail, in addition to the service that automatically occurs by virtue of my electronic filing of this document:

> The Honorable Alberto Gonzales
> United States Attorney General
> United States Department of Justice
> 950 Pennsylvania Avenue, N.W.
> Washington, D.C. 20530-0001
>
> The Honorable Kenneth L. Wainstein
> United States Attorney for the District of Columbia
> 555 4th Street, N.W.
> Washington, D.C. 20530
>
> Terry Henry, Esq., Senior Trial Attorney
> Andrew I. Warden, Esq., Trial Attorney
> U.S. Department of Justice
> Civil Division, Federal Programs Branch
> 20 Massachusetts Ave., NW, Room 7144
> Washington, DC 20530

This 23rd day of September, 2005.

> /s/ John B. Missing
> John B. Missing

40082890v1