# CERTIFICATE OF SERVICE

I, John B. Missing, certify that I today caused a true and accurate copy of Petitioners' Motion to Compel Information Related to Medical Treatment to be served upon the following persons, by first-class United States mail, in addition to the service that automatically occurs by virtue of my electronic filing of this document:

>The Honorable Alberto Gonzales
>United States Attorney General
>United States Department of Justice
>950 Pennsylvania Avenue, N.W.
>Washington, D.C.  20530-0001
>
>The Honorable Kenneth L. Wainstein
>United States Attorney for the District of Columbia
>555 4th Street, N.W.
>Washington, D.C.  20530
>
>Terry Henry, Esq., Senior Trial Attorney
>Andrew I. Warden, Esq., Trial Attorney
>U.S. Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Ave., NW, Room 7144
>Washington, DC 20530

This 23rd day of September, 2005.

　　　　　　　　　　　　　　　　　　　　　　　/s/ John B. Missing
　　　　　　　　　　　　　　　　　　　　　　John B. Missing