IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALIM MOHAMMED ADAM BIN AMIR, ) ) ) BISHER AL-RAWI, ) ) ) Petitioners, ) ) v. ) ) GEORGE W. BUSH, et al., ) ) Respondents. ) ) | Civil Action No. 1:05CV01724 (RMU) |

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO
FED. R. CIV. P. 41(a)(1)

PLEASE TAKE NOTICE that effective October 24, 2005, Petitioner Salim Mohammad Adam Bin Amir through his Next Friend Bisher Al-Rawi, hereby voluntarily dismisses the above-captioned action pursuant to Fed. R. Civ. P. 41(a)(1) without prejudice.

PLEASE TAKE FURTHER NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1) such dismissal is accomplished without prejudice to Petitioner Bin Amir's pending action captioned *Adem v. Bush, et al.*, Civ. No. 05-CV-723 (RWR).

Dated: October 24, 2005.

                         Respectfully submitted,

                         Counsel for Petitioner Bin Amir:

                         <u>/s/ John B. Missing</u>
                         John B. Missing (Bar No. 425469)
                         Jennifer C. Argabright (Bar No. 480763)
                         DEBEVOISE & PLIMPTON LLP
                         555 13th Street, N.W.
                         Washington, D.C. 20004-1169
                         Tel: (202) 383 8000
                         Fax: (202) 383 8118

                         Jeffrey I. Lang
                         Jennifer R. Cowan
                         Ellen A. Hochberg
                         Tatia L. Miller
                         Cameron L. Schroeder
                         Hadassa Waxman
                         DEBEVOISE & PLIMPTON LLP
                         919 Third Avenue
                         New York, NY 10022
                         Tel: (212) 909-6000
                         Fax: (212) 909-6386

                         ***Of Counsel***
                         Barbara Olshansky
                         CENTER FOR CONSTITUTIONAL RIGHTS
                         666 Broadway, 7th Floor
                         New York, New York 10012
                         Tel: (212) 614-6439
                         Fax: (212) 614-6499

## CERTIFICATE OF SERVICE

I, John B. Missing, certify that I today caused a true and accurate copy of this Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1) to be served upon the following persons, by first-class United States mail, in addition to the service that automatically occurs by virtue of my electronic filing of this document:

> The Honorable Alberto Gonzales
> United States Attorney General
> United States Department of Justice
> 950 Pennsylvania Avenue, N.W.
> Washington, D.C. 20530-0001

> The Honorable Kenneth L. Wainstein
> United States Attorney for the District of Columbia
> 555 4th Street, N.W.
> Washington, D.C. 20530

> Preeya M. Noronha, Esq.
> U.S. Department of Justice
> 20 Massachusetts Ave., NW,
> Room 7226
> Washington, DC 20530

This 24th day of October, 2005.

                                                /s/ John B. Missing
                                              John B. Missing